Fred L. WOODWORTH, Collector of Internal Revenue for the First District of Michigan, v. George L. BURROWS, Jr., and John W. Beaumont, Executors of the Last Will of George L. Burrows, Deceased.

Circuit Court of Appeals, Sixth Circuit.
November 8, 1927.

No. 4840.

In Error to the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge.

For opinion below, see 11 F.(2d) 777. See, also, 22 F.(2d) 1008.

Delos G. Smith, U. S. Atty., of Detroit, Mich., for plaintiff in error.

Beaumont, Smith & Harris, of Detroit, Mich., for defendant in error.

PER CURIAM. Dismissed pursuant to stipulation of counsel.

Rolf ZETLITZ v. COMMISSIONER OF INTERNAL REVENUE.

Circuit Court of Appeals, Sixth Circuit.
October 3, 1927.

No. 4999.

Petition to Review an Order of the United States Board of Tax Appeals.

Edmund G. Dempster, of Lima, Ohio, for petitioner.

A. W. Gregg, Gen. Counsel Bureau of Internal Revenue, of Washington, D. C., for respondent.

PER CURIAM. Reversed, and cause remanded for further proceedings pursuant to appellee's confession of error and motion for reversal.